# Exhibit 1

# Privacy



Español

**Privacy Policy**

**Last Updated November, 13th, 2022**

This privacy policy (**"Privacy Policy"**) describes how Progressive Finance Holdings, LLC, Prog Leasing, LLC, Approve.Me LLC, and each of their affiliates, subsidiaries, and divisions (collectively **"we" or "us"**), collect, use, and disclose user (**"you"** or **"your"**) information.

This Policy applies to our websites, kiosks, applications, and other online services that post or include a link to this Privacy Policy (collectively, the **"Progressive Platforms"**). The Progressive Platforms are owned or controlled by us.

In addition to this Privacy Policy, you should review the Terms of Use, which governs your use of the Progressive Platforms, the Application Disclosure, which governs your submission of a rent-to-own application to Progressive, and the Arbitration Provision, which includes your agreement to arbitrate your disputes with Progressive, your waiver to bring class-action suits, and other important information.

**TABLE OF CONTENTS**

This website uses cookies. By clicking "Accept", you consent to the use of All the cookies. You may change your preference by visiting Cookie Settings. Read more about our Privacy Policy.
Cookie Settings Accept Decline

4. **With Whom Do We Share Your Information?**

5. **How Do We Protect Your Information?**

6. **What Are Your Options Regarding Your Information?**

7. **How Can You Contact Us?**

8. **Will This Privacy Policy Change?**

9. **Third Party Content and Sites.**

10. **California Privacy Rights.**

11. **Children's Online Privacy Policy.**

1. **What Information Do We Collect?**

We collect "**Personal Information**" that may directly identify you, such as your name, address, telephone number, email address, social security number, and bank account or other financial institution account number. We also collect "**Non-Personal Information**" such as vehicle information, occupation and other employment information, source of income, personal references, residence-related information such as lease and ownership information, and **Usage Information**. Usage Information may include the hardware model, browser, and operating system that you are using, the URL or advertisement that referred you to the Progressive Platforms, all of the areas within the Progressive Platforms that you visit, location information, and mobile network (if applicable), among other similar information. In addition, we may collect your IP address or other unique device identifier ("**Device Information**") for any computer, mobile phone, or other device that is used to access the Progressive Platforms. In some cases, we may directly collect location information through your device. You may be able to turn off the collection of location information through the settings on your device. Usage Information is generally non-identifying, but if we associate it with a specific and identifiable user, we treat it as Personal Information. Personal Information, Non-Personal Information, Usage Information, and Device Information shall all be included in the definition of the term **"Information"** when it is used in this Privacy Policy.

2. **How Do We Collect Your Information?**

**a. From You.** We collect Information that you provide directly to us, both online and offline, in connection with an inquiry about our services, an application to obtain our services, or payments for our services made to us or a Merchant. The Information collected from you will vary depending on the product or service requested.

**b. Other Sources.** We may obtain Information about you from our affiliates, credit bureaus, retail locations that offer our services (a **"Merchant"**), and third-parties that collect your information in order to submit your application to us. We may also use certain third parties to complete, validate, or verify Information that you have provided to us in order to assist you in your use of the Progressive Platform, in order to supplement information already provided by you, or in the prevention or identification of identity theft and fraud.

**c. Automatic Collection, Cookies, and other Internet Technologies.** We also use cookies, web beacons, other standard internet technologies, and certain third parties to collect Information from you, from your device, and about your activities on the Progressive Platforms. We may automatically collect Information from your browser when you use the Progressive Platforms. Information that you enter into the Progressive Platforms may be collected even if you cancel or do not complete an application or a particular page.

This website uses cookies. By clicking "Accept", you consent to the use of All the cookies. You may change your preference by visiting Cookie Settings. Read more about our Privacy Policy.

Cookie Settings

Shared Objects such as Flash cookies, and other similar technologies, such as HTML5 local storage. Most browsers automatically accept cookies, but you can usually modify the browser setting to decline cookies. Flash Cookies, which by their nature are associated with Flash Player, may be removed by managing the settings with Adobe by visiting www.adobe.com. If you choose to decline cookies, please note that some of the features and services of the Progressive Platforms may not function properly.

**ii. Web Beacons.** Web beacons (also known as clear gifs, pixel tags, targeting and re-targeting pixels, third party pixels or web bugs)are small graphic images or other web programming code that may be included in our web pages and e-mail messages. Web beacons or similar technologies may be used for a number of purposes, including, without limitation, to count visitors to the Progressive Platforms, to monitor how you navigate the Progressive Platforms, or to count how many e-mails that were sent were actually opened.

**iii. Social Networks.** The Progressive Platforms may also include social network or other third-party plug-ins and widgets that may provide information to their associated social networks or third-parties about the Progressive Platforms that you visit, even if you do not click on or otherwise interact with the plug-in or widget and regardless of whether you have an account or other relationship with these social networks and third parties. Information is transmitted from your browser and may include an identifier assigned by the social network or third-party, information about your browser type, operating system, device type, IP address and the URL of the web page where the plug-in or widget appears. If you use social network tools or visit social networking websites, you should read their privacy policies to learn what information they collect, use, and share.

3. **How Do We Use Your Information?**

**a. Our Usage.** We may use your Information, to: i) process, review, determine eligibility, and approve or deny your application for leasing products or other products and services you request; ii) manage your customer relationship, respond to questions, and provide customer service; iii) recognize you across the Progressive Platforms; iv) develop and display content and services tailored to your interests; v) communicate with you via email, telephone, postal mail, and/or your mobile device about our products and services; vi) operate, evaluate, and improve our business and the Progressive Platforms, including to develop new products and services, to perform research, and for audit purposes; vii) analyze usage and performance of the Progressive Platforms and improve your experience and the experience of other users; viii) enforce contractual obligations, verify your identity, and to help prevent or identify fraud, unauthorized or criminal activity, claims, and other liabilities; ix) market our products and services and the products and services of our affiliates and other third parties; and x) perform functions as described to you at the time of collection. We will not sell your Personal Information, except in the event that all or a part of our business is merged, sold, or reorganized.

**b.Job Applicants.** If your Information is submitted when applying for a position with us, the Information will be used solely in connection with considering and acting upon your application. We may retain your Information for a period of time, but only for the purpose of considering your application for current or future available positions or as required by law.

4. **With Whom Do We Share Your Information?**

**a. Our Businesses.** We may share your Information with our affiliates and subsidiaries.

**b. Service Providers.** We may share your Information with third party service providers who provide services to us or on our behalf to assist in providing our services and to help us understand our users' use of our products. Service providers include the categories listed in this section 4, along with shipping vendors, billing and refund vendors, payment card processors, Merchants, and other companies that help us operate and improve our products and services. Your Information may be stored and processed by our service providers in the United States or other locations where the service providers or we maintain facilities. Disclosure of your Personal Information to service providers is not a sale, and we do not allow our service providers to use or share your Personal Information for any purpose other than providing services on our behalf.

**i. Consumer and Credit Reporting Agencies.** We may provide your Information to consumer and/or credit reporting agencies and to third parties that provide identity verification and fraud detection.

**ii. Marketing.** We may share your Information with select third parties so that they can send you promotional materials about goods and services (including special

This website uses cookies. By clicking "Accept", you consent to the use of All the cookies. You may change your preference by visiting Cookie Settings. Read more about our Privacy Policy. Cookie Settings

collect Information (including Personal Information) over time when you visit the Progressive Platforms or other online websites and services. We may share Information, including Information that has been de-identified, with third party advertising companies, analytics providers and other third parties, including for the purpose of serving you more relevant ads.

We may use a variety of companies to serve our advertisements. Some of these companies are members of the Network Advertising Initiative ("NAI") or the Digital Advertising Alliance ("DAA") Self-Regulatory Program for Online Behavioral Advertising and you may want to visit the following webpages, which provide "opt-out" mechanisms for participating companies: http://networkadvertising.org/managing/opt_out.asp; http://www.aboutads.info/choices/. You may also be able to opt-out from certain interest-based advertising through your mobile device settings or as described below in the Section titled "What Are Your Options Regarding Your Information." Please note opting out through these mechanisms does not opt you out of being served advertising. You will continue to receive generic ads while online.

**c. Other Situations.** In addition to other sharing described in this section, we may also disclose your Information at our sole discretion: (i) in order to comply with laws or legal processes, including subpoenas or agency orders and investigations under appropriate circumstances; (ii) as we reasonably determine necessary or appropriate to protect property, our rights, or the rights of others; and (iii) to enforce our contracts, policies, and customer agreements. We may also transfer Information covered by this Privacy Policy, including Personal Information, in connection with a merger, sale, or acquisition (including transfers made as part of insolvency or bankruptcy proceedings) of all or part of our business or as part of a corporate reorganization, stock sale, or other change in control.

**All the above categories exclude text messaging originator opt-in data and consent; this information will not be shared with any third parties, excluding aggregators and providers of the Text Message services.*

5. **How Do We Protect Your Information?**

We maintain administrative, technical, and physical safeguards intended to protect against the loss, misuse, unauthorized access, and disclosure of Information, including your social security number. Although we take such precautions seriously, it is impossible for us to guarantee the safety and security of your Information. Our policies prohibit the unlawful disclosure of Personal Information. We share Personal Information externally only where federal and state law allows or requires it. Internally, it's our policy to limit the access, use, and disclosure of Personal Information to be in line with the job duties of our associates, as well as applicable law. Please note that we do not ensure or warrant the security of any Information that we collect, and you use the Progressive Platforms and our services and provide us with your Information at your own risk.

6. **What Are Your Options Regarding Your Information?**

**a. Accessing and Correcting Personal Information.** You may request to access or update the Personal Information that we hold about you. You can access or update your Personal Information in the following ways:

i. If you have created an account on the Progressive Platforms, you will be able to update your own contact and payment information, subject to certain limitations.

ii. Contact us through one of the methods listed in the "How Can You Contact Us?" section within this Privacy Policy. Please include your current contact information, the information that you are interested in accessing, and your requested changes. After authenticating your request, we will provide you with the Personal Information that you requested or make your requested changes if i) the information is reasonably available; ii) the information does not infringe on the privacy of other individuals, and iii) the disclosure or changing of the information is not otherwise prohibited by law or our internal policies or procedures. For all requests, we will reasonably describe the types of Personal Information that we generally collect, how it is used, and with whom it is shared.

**b. Communications.** You may elect to opt-out of email and text communications from us by following the instructions provided in such communications or by contacting us as described in this Privacy Policy. Even after opting out, you may still receive service oriented, non-promotional communications from us and promotional communications from other third parties as a result of their own interactions or transactions with you. Please allow time for us to process requests. You should contact us should there be any concerns about your opt-out request.

**c. Targeted Advertising.** You may opt-out from many third parties who serve online advertising, including some who serve ads on the Progressive Platforms and elsewhere online, by visiting http://www.networkadvertising.org/managing/opt_out.asp; or http://www.aboutads.info/choices/. Opting out does not mean you will not see any ads when using the Progressive Platforms, but the ads that you see will no longer be customized to you based on your profile or interactions with us

This website uses cookies. By clicking "Accept", you consent to the use of All the cookies. You may change your preference by visiting Cookie Settings. Read more about our Privacy Policy.

Cookie Settings

If you wish to contact us regarding your Information, this Privacy Policy, to designate a third party who may communicate with us on your behalf, or to request to access, change, or delete your Personal Information, you may contact us as described below. If you choose to contact us via email or writing, please provide sufficient contact information to allow us to contact you. If you choose to contact us, we will verify your identity using an appropriate method of verification based on the type of request. These methods may include one or more of the following: email address verification, proof of residency displaying your name and principal residence address, or proof of identity using government issued identification.

**Online:** https://progleasing.com/privacy/request/ (you may be redirected to a third-party request processor)

**Email:** privacy@progleasing.com

**Phone:** 877-898-1970 between 9 a.m. and 5 p.m. Mountain Time, Monday through Friday

**Write:** Prog Leasing, LLC, 256 W Data Drive, Draper, UT 84020

8. **Will This Privacy Policy Change?**

This Privacy Policy may be updated periodically to reflect relevant changes in our information practices. We will notify you of material changes by posting the changed or modified Privacy Policy on the Progressive Platforms. We may also provide notice to you in other ways in our discretion, such as through contact information that you have provided. Any changes to this Privacy Policy will be effective immediately upon the posting of the revised Privacy Policy unless otherwise specified, and your continued use of the any of the Progressive Platforms after the effective date of the revised Privacy Policy will constitute your consent to those changes. You may be required to consent to our new policies in order to continue to use the Progressive Platforms and our services.

9. **Third Party Content and Sites.**

The Progressive Platforms may contain content, services, advertising and other materials that link to websites operated by third parties. We have no control over those other websites, and this Privacy Policy does not apply to them. You should refer to the privacy policies of those websites.

10. **California Privacy Rights.**

If you are a California resident, you may ask us to refrain from sharing Personal Information with third parties for their own direct marketing purposes. You must indicate your preference by contacting us as described above. It may take us up to thirty (30) days to fully process a request.

California residents also have the right to access their information, the right to request deletion, and the right to know what information we disclose to third parties for business purposes.  Requests for access, deletion, and to know what we share with others should be submitted as described in the "What Are Your Options Regarding Your Information?" and "How Can You Contact Us" sections.

We will not discriminate against California residents who exercise their rights under this section.

11. **Children's Online Privacy Policy.**

The Progressive Platforms are not directed to children under the age of 13, and we do not knowingly collect, disclose, or sell Personal Information from children under the age of 13 through the Progressive Platforms.

**22-473569**

This website uses cookies. By clicking "Accept", you consent to the use of All the cookies. You may change your preference by visiting Cookie Settings. Read more about our Privacy Policy.

Cookie Settings

For Retailers | FAQs | Investors | Customer Login | Español

Progressive Leasing™

How It Works • About Us • Careers • Find a Store • Contact Us • Apply now

Progressive Leasing

To create a better today and unlock the possibilities of tomorrow through financial empowerment.

The advertised service is lease-to-own or a rental- or lease-purchase agreement provided by Prog Leasing, LLC, or its affiliates. Acquiring ownership by leasing costs more than the retailer's cash price. Leasing available on select items at participating locations only. Not available in MN, NJ, VT, WI, WY.

For Retailers
ProgCentral Login
Customer Login
News
Investors
PROG Foundation

About Us
FAQs
Careers
Find a Store
Contact Us
Merchant Resources

FAST 50 2021

BEST COMPANIES TO WORK FOR 2020

Terms of Use | Privacy | Data Subject Requests | Your Privacy Choices

© Prog Leasing, LLC 2023, all rights reserved

This website uses cookies. By clicking "Accept", you consent to the use of All the cookies. You may change your preference by visiting Cookie Settings. Read more about our Privacy Policy.

Cookie Settings